B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Kentucky | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Licking River Mining, LLC | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|

Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN
(If more than one, state all.):
EIN: 27-0436847

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>PO Box 687<br>West Liberty, KY<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Morgan<br>ZIP CODE<br>41472 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
Morgan County, Kentucky and various locations throughout Kentucky

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br><br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor: Licking River Mining, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ [signed]
Signature of Petitioner or Representative (State title)
Jones Oil Company, Inc.
Name of Petitioner       Date Signed 5/22/14

Name & Mailing Address of Individual Signing in Representative Capacity:
Earl Jones, President
PO Box 3427
Pikeville, KY 41502

x /s/ Andy Story    5-22-14
Signature of Attorney    Date
Lloyd & McDaniel, PLC
Name of Attorney Firm (If any)
11405 Park Road, Suite 200; Louisville, KY 40223
Address
(502) 585-1880
Telephone No.

x /s/ [signed]
Signature of Petitioner or Representative (State title)
Green Earth Energies, LLC
Name of Petitioner       Date Signed 5/22/14

Name & Mailing Address of Individual Signing in Representative Capacity:
Earl Jones, Member
PO Box 3669
Pikeville, KY 41502

x /s/ Andy Story    5-22-14
Signature of Attorney    Date
Lloyd & McDaniel, PLC
Name of Attorney Firm (If any)
11405 Park Road, Suite 200; Louisville, KY 40223
Address
(502) 585-1880
Telephone No.

x _____
Signature of Petitioner or Representative (State title)
Dyno Nobel Inc.
Name of Petitioner       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
2795 E. Cottonwood Pkwy, Suite 500
Salt Lake City, UT 84121

x /s/ Andy Story    5-22-14
Signature of Attorney    Date
Lloyd & McDaniel, PLC
Name of Attorney Firm (If any)
11405 Park Road, Suite 200; Louisville, KY 40223
Address
(502) 585-1880
Telephone No.

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Jones Oil Company, Inc. (Address above) | See attachment | 965,465.00 |
| Green Earth Energies, LLC (Address above) | See attachment | 57,804.54 |
| Dyno Nobel Inc. (Address above) | See attachment | 2,259,194.94 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,282,464.48 |

_____ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor   Licking River Mining, LLC

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____    x /s/ Andy Story   5-22-14
Signature of Petitioner or Representative (State title)   Signature of Attorney   Date
Jones Oil Company, Inc.   Lloyd & McDaniel, PLC

Name of Petitioner   Date Signed   Name of Attorney Firm (If any)
                                    11405 Park Road, Suite 200; Louisville, KY 40223

Name & Mailing   Earl Jones, President   Address
Address of Individual   PO Box 3427   (502) 585-1880
Signing in Representative   Pikeville, KY 41502   Telephone No.
Capacity

x _____    x /s/ Andy Story   5-22-14
Signature of Petitioner or Representative (State title)   Signature of Attorney   Date
Green Earth Energies, LLC   Lloyd & McDaniel, PLC

Name of Petitioner   Date Signed   Name of Attorney Firm (If any)
                                    11405 Park Road, Suite 200; Louisville, KY 40223

Name & Mailing   Earl Jones, Member   Address
Address of Individual   PO Box 3669   (502) 585-1880
Signing in Representative   Pikeville, KY 41502   Telephone No.
Capacity

x /s/ Jeffrey J. Drougay    x /s/ Andy Story   5-22-14
Signature of Petitioner or Representative (State title)   Signature of Attorney   Date
Dyno Nobel Inc.   Lloyd & McDaniel, PLC

Name of Petitioner   Date Signed   Name of Attorney Firm (If any)
                                    11405 Park Road, Suite 200; Louisville, KY 40223

Name & Mailing   JEFFREY J. DROUBAY   Address
Address of Individual   VICE PRESIDENT   (502) 585-1880
Signing in Representative   2795 E. Cottonwood   Telephone No.
Capacity   Pkwy, Suite 500
         Salt Lake City, UT 84121

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Jones Oil Company, Inc. (Address above) | See attachment | 965,465.00 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Green Earth Energies, LLC (Address above) | See attachment | 57,804.54 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Dyno Nobel Inc. (Address above) | See attachment | 2,259,194.94 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 3,282,464.48 |

_____ continuation sheets attached

## Jones Oil Attachment to the Involuntary Petition

Licking River Mining, LLC (the "Alleged Debtor") is indebted to petitioning creditor, Jones Oil Company, Inc. (the "Petitioning Creditor"), for an amount not less than $ 965,465.00 (the "Outstanding Debt"). The Outstanding Debt arose from a series of fuel-purchasing transactions between the Petitioning Creditor and the Debtor that occurred from April 16, 2014 through and including May 20, 2014, under which the Alleged Debtor purchased fuel from Petitioning Creditor on credit. Jones Oil then invoiced each fuel purchase to the Debtor, and these invoices remain unpaid. The total amount of these unpaid invoices is the Outstanding Debt.

Petitioning Creditor is the holder of a claim against the Alleged Debtor in the amount of the Outstanding Debt based on the aforementioned transactions. This claim is not contingent as to liability or subject of a bona fide dispute as to liability or amount. Petitioning Creditor hereby confirms that, taken together, the value of the Petitioning Creditor's and other petitioning creditors' aggregate interests in the applicable liens on property of the Alleged Debtor securing the claims asserted in this Involuntary Petition is in an amount at least $15,325 less than the Outstanding Debt and the outstanding debts of the other petitioning debtors.

Petitioning Creditor has not transferred any claims included in this Petition to any other involuntary petitioner.

Petitioning Creditor does not waive any rights, interests, remedies or liens it may have.


Jones Oil Company, Inc.:

_____
Earl Jones
President

## Green Earth Energies, LLC Attachment to the Involuntary Petition

Licking River Mining, LLC (the "Alleged Debtor") is indebted to petitioning creditor, Green Earth Energies, LLC (the "Petitioning Creditor"), for an amount not less than $57,804.51 (the "Outstanding Debt"). The Outstanding Debt arose from a series of reprocessed oil sales transactions between the Petitioning Creditor and the Debtor that occurred from December 27, 2013 through and including March 22, 2014, under which the Alleged Debtor purchased reprocessed oil from Petitioning Creditor on credit. Petitioning Creditor then invoiced each reprocessed oil purchase to the Debtor, and these invoices remain unpaid. The total amount of these unpaid invoices is the Outstanding Debt.

Petitioning Creditor is the holder of a claim against the Alleged Debtor in the amount of the Outstanding Debt based on the aforementioned transactions. This claim is not contingent as to liability or subject of a bona fide dispute as to liability or amount. Petitioning Creditor hereby confirms that, taken together, the value of the Petitioning Creditor's and other petitioning creditors' aggregate interests in the applicable liens on property of the Alleged Debtor securing the claims asserted in this Involuntary Petition is in an amount at least $15,325 less than the Outstanding Debt and the outstanding debts of the other petitioning debtors.

Petitioning Creditor has not transferred any claims included in this Petition to any other involuntary petitioner.

Petitioning Creditor does not waive any rights, interests, remedies or liens it may have.


Green Earth Energies, LLC:

_____
Earl Jones
Member

### Dyno Nobel Inc. Attachment to the Involuntary Petition

Licking River Mining, LLC (the "Alleged Debtor") is indebted to petitioning creditor, Dyno Nobel Inc. (the "Petitioning Creditor"), for an amount not less than $2,259,194.94 (the "Outstanding Debt"). The Outstanding Debt arose from a series of purchasing transactions between the Petitioning Creditor and the Debtor that occurred from February 3, 2014 through and including May 19, 2014, under which the Alleged Debtor purchased product from Petitioning Creditor on credit. Jones Oil then invoiced each product purchase to the Debtor, and these invoices remain unpaid. The total amount of these unpaid invoices is the Outstanding Debt.

Petitioning Creditor is the holder of a claim against the Alleged Debtor in the amount of the Outstanding Debt based on the aforementioned transactions. This claim is not contingent as to liability or subject of a bona fide dispute as to liability or amount. Petitioning Creditor hereby confirms that, taken together, the value of the Petitioning Creditor's and other petitioning creditors' aggregate interests in the applicable liens on property of the Alleged Debtor securing the claims asserted in this Involuntary Petition is in an amount at least $15,325 less than the Outstanding Debt and the outstanding debts of the other petitioning debtors.

Petitioning Creditor has not transferred any claims included in this Petition to any other involuntary petitioner.

Petitioning Creditor does not waive any rights, interests, remedies or liens it may have.

Dyno Nobel Inc.:

_____