UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND DIVISION

IN RE:

LICKING RIVER MINING, LLC                                              CASE NO. 14-10201

    ALLEGED DEBTOR                                                      CHAPTER 11

---

**NOTICE OF FILING OF WRITTEN CONSENT OF THE SOLE MEMBER**

---

Comes Licking River Mining, LLC, as alleged debtor (the "Debtor"), by counsel, and hereby gives notice of the filing in the record of the Written Consent of the Sole Member attached hereto as <u>Exhibit A</u>.

    Respectfully submitted,

    DELCOTTO LAW GROUP PLLC

    <u>/s/ Amelia Martin Adams, Esq.</u>
    KY Bar No. 93038
    Laura Day DelCotto, Esq.
    KY Bar No. 81763
    200 North Upper Street
    Lexington, KY  40507
    Telephone:  (859) 231-5800
    Facsimile:   (859) 281-1179
    aadams@dlgfirm.com
    ldelcotto@dlgfirm.com

    and

NIXON PEABODY LLP

/s/ Dennis J. Drebsky, Esq.
NY Bar No. 1181007
Christopher M. Desiderio, Esq.
NY Bar No. 4350633
437 Madison Avenue
New York, NY 10022-7039
Telephone:  (212) 940-3000
Facsimile:   (212) 940-3111
ddrebsky@nixonpeabody.com
cdesiderio@nixonpeabody.com
(*pro hac vice* pending)

COUNSEL FOR
ALLEGED DEBTORS
(UNDER PENDING APPLICATION)

Z:\Consent Filing Not (LR Mining) 20140608.doc