# EXHIBIT A

# LICKING RIVER MINING, LLC

## WRITTEN CONSENT OF THE SOLE MEMBER

June 6, 2014

The undersigned, being the sole member of Licking River Mining, LLC, a Kentucky limited liability company (the "Company"), does hereby adopt the following resolutions by execution hereof, which action by written consent is taken in lieu of holding a meeting of the sole member of the Company:

WHEREAS, an involuntary action for bankruptcy under Chapter 11 (the "Action") of Title 11 of the United States Code (the "Bankruptcy Code") has been brought against the Company;

WHEREAS, the sole member has been advised by the Company's financial advisor, GlassRatner Advisory & Capital Group LLC, that the Company is unable to meet its obligations as they come due and therefore does not have a defense to the Action;

WHEREAS, the sole member has determined that it is in the best interests of the Company its creditors and interest holders for an answer be filed admitting the essential allegations of the Action and requesting that the Court convert the case to a voluntary petition under Chapter 11 of the Code;

NOW, THEREFORE, BE IT:

RESOLVED, that, in the judgment of the sole member, it is desirable and in the best interests of the Company, its creditors, employees, customers and other interested parties that the Action be converted to a petition seeking relief under the provisions of Chapter 11 of the Code.

RESOLVED, that John Collins (the "Authorized Person") be, and hereby is, an authorized signatory in connection with the Chapter 11 proceeding authorized herein.

RESOLVED, that the Authorized Person is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute, deliver and verify any and all petitions and amendments thereto under chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Kentucky at such time or in such other jurisdiction as such Authorized Person executing the same shall determine.

RESOLVED, that the law firms of Nixon Peabody LLP and DelCotto Law Group PLLC are hereby engaged as attorneys for the Company under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

RESOLVED, that the firm of GlassRatner Advisory & Capital Group LLC is hereby engaged as financial advisers for the Company in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

15008922.1

- 2 -

RESOLVED, that the Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

RESOLVED, that in connection with the Chapter 11 Case, the Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to negotiate, execute, deliver and perform or cause the performance of a debtor-in-possession loan facility, including, in connection therewith, such guarantees, notes, security agreements and other agreements, certificates, or instruments as the Authorized Person executing the same considers appropriate, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates thereof.

RESOLVED, that the Authorized Person is authorized, empowered and directed, in the name and on behalf of the Company, to engage and retain all assistance by legal counsel, accountants, financial advisors, and other professionals in connection with the Chapter 11 Case, with a view to the successful prosecution of such case or to effect the purposes and intent of the foregoing resolutions.

RESOLVED, that the Authorized Person be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of the Authorized Person shall be or become necessary, proper and desirable to effectuate a successful reorganization of the business of the Company or to effect the purposes and intent of the foregoing resolutions.

RESOLVED, that the Authorized Person be, and hereby is, authorized and empowered on behalf of and in the name of the Company, to execute such consents of the Company, as such Authorized Person considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action.

RESOLVED, that the Authorized Person is authorized, empowered and directed, in the name and on behalf of the Company, as the case may be, and any such actions heretofore taken by him or her are hereby ratified, confirmed and approved in all respects, to: (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such Authorized Person deems appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as the Authorized Person may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Person approve, with the execution and delivery thereof on behalf of the Company by or at the direction of the Authorized Person to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company,

15008922.1

- 3 -

any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or the Authorized Person deems appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in his or her judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby.

RESOLVED, that any and all past actions heretofore taken by the sole member or the Authorized Person in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

*[Signature page follows]*

15008922.1

- 4 -

IN WITNESS WHEREOF, the undersigned, being the sole member of the Company, has duly executed this consent as of the 6 day of June, 2014 and directs that it be filed with the minutes of the Company.

U.S. COAL CORPORATION

By: /s/ John A. Collins
Name: John Collins
Title: Chief Executive Officer

14989563.1