B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re  **Licking River Mining, LLC**                                            Case No.  **14-10201**
                                                       Debtor(s)                Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **BP Lubricants USA Inc.**<br>**12276 Collection Center Drive**<br>**Chicago, IL 60693** | **BP Lubricants USA Inc.**<br>**12276 Collection Center Drive**<br>**Chicago, IL 60693** | **Trade** | | **186,782.55** |
| **Carquest Auto Parts**<br>**630 E Mountain Parkway**<br>**Salyersville, KY 41465** | **Carquest Auto Parts**<br>**630 E Mountain Parkway**<br>**Salyersville, KY 41465** | **Trade** | | **11,616.45** |
| **Dons Super Lube**<br>**1120 East Mountain Parkway**<br>**Salyersville, KY 41465** | **Dons Super Lube**<br>**1120 East Mountain Parkway**<br>**Salyersville, KY 41465** | **Trade** | | **5,846.02** |
| **Dyno Nobel, Inc.**<br>**P.O. Box 75474**<br>**Chicago, IL 60675** | **Dyno Nobel, Inc.**<br>**P.O. Box 75474**<br>**Chicago, IL 60675** | **Trade** | | **2,254,185.27** |
| **Fuchs Lubricant Company**<br>**75 Remittance Drive**<br>**Suite 1147**<br>**Chicago, IL 60675-1147** | **Fuchs Lubricant Company**<br>**75 Remittance Drive**<br>**Suite 1147**<br>**Chicago, IL 60675-1147** | **Trade** | | **27,490.50** |
| **Geo Scan Seismic Services Inc.**<br>**P.O. Box 1009**<br>**Grundy, VA 24614** | **Geo Scan Seismic Services Inc.**<br>**P.O. Box 1009**<br>**Grundy, VA 24614** | **Trade** | | **13,575.00** |
| **Green Earth Energies**<br>**P.O. Box 3669**<br>**Pikeville, KY 41502** | **Green Earth Energies**<br>**P.O. Box 3669**<br>**Pikeville, KY 41502** | **Trade** | | **57,804.51** |
| **High Voltage Trucking**<br>**13066 SE Licking River Road**<br>**Salyersville, KY 41465** | **High Voltage Trucking**<br>**13066 SE Licking River Road**<br>**Salyersville, KY 41465** | **Trade** | | **5,669.57** |
| **Jones Oil Company, Inc.**<br>**P.O. Box 3427**<br>**Pikeville, KY 41501** | **Jones Oil Company, Inc.**<br>**P.O. Box 3427**<br>**Pikeville, KY 41501** | **Trade** | | **965,465.00** |
| **Kentucky Employers' Mutual Insurance**<br>**P.O. Box 12500**<br>**Lexington, KY 40507** | **Kentucky Employers' Mutual Insurance**<br>**P.O. Box 12500**<br>**Lexington, KY 40507** | **Workers Comp Insurance** | | **43,126.42** |

B4 (Official Form 4) (12/07) - Cont.

In re **Licking River Mining, LLC**  
            Debtor(s)

Case No. **14-10201**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kolmar Americas Inc.<br>10 Middle Streeet<br>#1701<br>Bridgeport, CT 06604-4259 | Kolmar Americas Inc.<br>10 Middle Streeet<br>#1701<br>Bridgeport, CT 06604-4259 | Trade | Subject to Setoff | 340,316.01 |
| Lawson Products, Inc.<br>P.O. Box 809401<br>Chicago, IL 60680-9401 | Lawson Products, Inc.<br>P.O. Box 809401<br>Chicago, IL 60680-9401 | Trade | | 9,309.61 |
| Mining Rock Excavation<br>P.O. Box 200948<br>Pittsburgh, PA 15251-0948 | Mining Rock Excavation<br>P.O. Box 200948<br>Pittsburgh, PA 15251-0948 | Trade | | 88,450.00 |
| Pop's Chevrolet<br>713 South Lake Drive<br>Prestonsburg, KY 41653 | Pop's Chevrolet<br>713 South Lake Drive<br>Prestonsburg, KY 41653 | Trade | | 17,287.99 |
| Power Deck Company<br>P.O. Box 571<br>Stanton, KY 40380 | Power Deck Company<br>P.O. Box 571<br>Stanton, KY 40380 | Trade | | 10,669.99 |
| R7 Enterprises<br>HC88 Box 800<br>Hueysville, KY 41640 | R7 Enterprises<br>HC88 Box 800<br>Hueysville, KY 41640 | Trade | | 17,022.15 |
| Ramco Trucking, Inc.<br>P.O. Box 229<br>Oil Springs, KY 41238 | Ramco Trucking, Inc.<br>P.O. Box 229<br>Oil Springs, KY 41238 | Trade | | 21,690.73 |
| Salyer Trucking LLC<br>7742 Hwy 460 E<br>West Liberty, KY 41472 | Salyer Trucking LLC<br>7742 Hwy 460 E<br>West Liberty, KY 41472 | Trade | | 197,053.18 |
| Silverado Group LLC<br>5702 Hwy 519<br>West Liberty, KY 41472 | Silverado Group LLC<br>5702 Hwy 519<br>West Liberty, KY 41472 | Trade | | 6,021.62 |
| Tomahawk Transport, LLC<br>HC 88 Box 119<br>Gunlock, KY 41632 | Tomahawk Transport, LLC<br>HC 88 Box 119<br>Gunlock, KY 41632 | Trade | | 5,594.95 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **June 7, 2014**        Signature **/s/ John Collins**
                                        **John Collins**
                                        **President and CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.