# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Licking River Mining, LLC**                                     Case No.    **14-10201**
                                                    Debtor(s)    Chapter    **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President and CEO of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of __35__ page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:    **June  6, 2014**                              **/s/ John Collins**
                                         **John Collins**/**President and CEO**
                                         Signer/Title

I,    **Laura Day DelCotto**    , counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __35__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge.  I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:    **June  6, 2014**                              **/s/ Laura Day DelCotto**
                                         Signature of Attorney
                                         **Laura Day DelCotto**
                                         **DelCotto Law Group PLLC**
                                         **200 North Upper Street**
                                         **Lexington, KY 40507-1017**
                                         **(859) 231-5800   Fax: (859) 281-1179**

ADKINS TRUCKING
P.O. BOX 1
MIZE, KY  41352


ADP
P.O. BOX 78415
PHOENIX, AZ  05062-8415


AIRGAS SAFTEY
P.O. BOX 951884
DALLAS, TX  75395-1884


ALLAN'S TIRE SUPPLY INC
2618 HWY 460 W
WEST LIBERTY, KY  41472


AMERICAN HOSE & MINE SUPPLY INC
P.O. BOX 40
STANLEYVILLE, KY  41659-0004


AMERICAN INTERNATIONAL GROUP
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220


AMERICAN INTERNATIONAL GROUP
C/O VAN METER INSURANCE
181 PROSPEROUS PLACE
LEXINGTON, KY  40509


ANTHONY A. STROUD
ADDRESS REDACTED


ANTHONY L. WISECUP
ADDRESS REDACTED

ARAMARK UNIFORM SERVICES
P.O. BOX 1027
BLUEFIELD, VA  24605-1027


ARH MORGAN COUNTY CLINIC
P.O. BOX 520
WEST LIBERTY, KY  41472


ARNOLD REED
ADDRESS REDACTED


BARRY J. GILLIAM
ADDRESS REDACTED


BENNY CANTRELL
ADDRESS REDACTED


BIG SANDY TWO WAY COMMUNICATIONS
P.O. BOX 843
PRESTONSBURG, KY  41653


BILLY G. BARKER
ADDRESS REDACTED


BILLY J. PATRICK
ADDRESS REDACTED


BILLY M. LEWIS
ADDRESS REDACTED

BINGHAM GREENEBAUM DOLL LLP
3913 SOLUTIONS CENTER
CHICAGO, IL  60677-3009


BOBBY JOSEPH
ADDRESS REDACTED


BOBBY R. BAILEY
ADDRESS REDACTED


BOBBY R. WALKER
ADDRESS REDACTED


BP LUBRICANTS USA INC.
12276 COLLECTION CENTER DRIVE
CHICAGO, IL  60693


BRANDEIS
DEPARTMENT 8013
CAROL STREAM, IL  60122


BRANDON C. HOLLIDAY
ADDRESS REDACTED


BREATHITT COUNTY CLERK
ATTN: TONY G. WATTS
1137 MAIN ST. SUITE 205
JACKSON, KY  41339


BREATHITT COUNTY TREASURER
P.O. BOX 2
JACKSON, KY  41339

BRYAN A. KEATON
ADDRESS REDACTED


BRYAN S. MAYS
ADDRESS REDACTED


BUFORD C. FLETCHER JR.
ADDRESS REDACTED


C & M GIANT TIRE LLC
980 W NEW CIRCLE ROAD
LEXINGTON, KY  40511


CALVIN D. WIREMAN
ADDRESS REDACTED


CARL S. HARPER
ADDRESS REDACTED


CARQUEST AUTO PARTS
630 E MOUNTAIN PARKWAY
SALYERSVILLE, KY  41465


CARQUEST AUTO PARTS
P.O. BOX 503589
ST. LOUIS, MO  63150-3589


CHADWICK N. MINIX
ADDRESS REDACTED

CHARLES H. PERRY
ADDRESS REDACTED


CHASE W. PERRY
ADDRESS REDACTED


CHRIS D. WILSON
ADDRESS REDACTED


CHRIS L. JONES
ADDRESS REDACTED


CHRISTOPHER C. MILLER
ADDRESS REDACTED


CHRISTOPHER D. ADKINS
ADDRESS REDACTED


CHRISTOPHER L. ELAM
ADDRESS REDACTED


CHRISTOPHER S. FLANNERY
ADDRESS REDACTED


CLARENCE ARNETT
ADDRESS REDACTED

```
CLINTON WIREMAN JR.
ADDRESS REDACTED




COAL-ITION INC
P.O. BOX 1327
PRESTONSBURG, KY  41653




COLONIAL LIFE
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220




COMMONWEALTH OF VIRGINIA
OFFICE OF THE SECRETARY
OF THE COMMONWEALTH
1111 EAST BROAD STREET, 4TH FLOOR
RICHMOND, VA  23219


CURTIS W. GEVEDON
ADDRESS REDACTED




DANIEL E. MAXIE
ADDRESS REDACTED




DANNY W. PRICE
ADDRESS REDACTED




DARWIN D. LOVELY
ADDRESS REDACTED




DAVID CONN
ADDRESS REDACTED
```

DAVID W. THOMAS
ADDRESS REDACTED


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 898
DOVER, DE  19903


DELTA DENTAL INSURANCE
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220


DENNIS S. BAILEY
ADDRESS REDACTED


DONALD J. WELLS
ADDRESS REDACTED


DONNIE L. JONES
ADDRESS REDACTED


DONS SUPER LUBE
1120 EAST MOUNTAIN PKWY
SALYERSVILLE, KY  41465


DRAINS UNLIMITED INC
P.O. BOX 957
PRESTONSBURG, KY  41653


DYNO NOBEL INC
P.O. BOX 75474
CHICAGO, IL  60675

EAST COAT MINER, LLC
C/O KEITH F. GOGGIN
5 EAST 17TH STREET, APT. 7
NEW YORK, NY  10003


EAST COAT MINER, LLC
C/O KEITH F. GOGGIN
5 EAST 17TH STREET, APT. 7
NEW YORK, NY  10003


EAST KY GRAPHICS
P.O. BOX 384
PAINTSVILLE, KY  41240


EDDIE C. FRANKLIN
ADDRESS REDACTED


ELBERT HARVEY
ADDRESS REDACTED


EMIL A. ADAMS
ADDRESS REDACTED


EUGENE BANKS
ADDRESS REDACTED


EUGENE BOLIN
ADDRESS REDACTED


EVAN B. LEWIS
ADDRESS REDACTED


FAIRBANKS SCALES INC
P.O. BOX 802796
KANSAS CITY, MO  64180-2796

FRANKLIN D. ARNETT
ADDRESS REDACTED


FREDDIE D. HUNT
ADDRESS REDACTED


FUCHS LUBRICANT CO
75 REMITTANCE DRIVE SUITE #1147
CHICAGO, IL  60675-1147


FUCHS LUBRICANT CO
75 REMITTANCE DRIVE, SUITE #1147
CHICAGO, IL  60675-1147


G NEIL COMPANIES
P.O. BOX 451179
SUNRISE, FL  33345-1179


GARY L. RUARK
ADDRESS REDACTED


GENE K. KEETON
ADDRESS REDACTED


GEO SCAN SEISMIC SERVICES INC
P.O. BOX 1009
GRUNDY, VA  24614


GEORGE E. ELAM
ADDRESS REDACTED

GOLD SPIRIT TRUCKING
302 HUGHES CREEK ROAD
LAMBRIC, KY  41339

GOLD SPIRIT TRUCKING
302 HUGHES CREEK ROAD

LAMBRIC, KY  41339

GREAT MIDWEST INSURANCE CO.
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220

GREEN EARTH ENERGIES
P.O. BOX 3669
PIKEVILLE, KY  41502

GREG D. MINIX
ADDRESS REDACTED

GREGORY D. GIBSON
ADDRESS REDACTED

GREGORY P. COLE
ADDRESS REDACTED

GUARDIAN
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220

HAROLD C. LEWIS
ADDRESS REDACTED

HAROLD D. LANDSAW
ADDRESS REDACTED

HARPERS AUTO REPAIR
P.O. BOX 1062
SALYERSVILLE, KY  41465


HERSHELL R. CANTRELL
ADDRESS REDACTED


HIGH VOLTAGE TRUCKING
13066 SE LICKING RIVER ROAD
SALYERSVILLE, KY  41465


HIGH VOLTAGE TRUCKING
13066 SE LICKING RIVER ROAD

SALYERSVILLE, KY  41465


HINKLE CONTRACTING COMPANY LLC
LOCKBOX 742652
ATLANTA, GA  30374-2652


HINKLE CONTRACTING INC
P.O. BOX 200
PARIS, KY  40361


HOD LLC
C/O NATURAL RESOURCE PARTNERS L.P.
ATTN: NICK CARTER
1035 THIRD AVENUE, SUITE 300
HUNTINGTON, WV  25727


HOME TOWN TRUE VALUE
P.O. BOX 1565
SALYERSVILLE, KY  41465


HOMER HANSHAW
ADDRESS REDACTED

HOWARD PATRICK TRUCKING
6646 BLOOMINGTON ROAD
SALYERSVILLE, KY  41465


HOWARD PATRICK TRUCKING
6646 BLOOMINGTON ROAD

SALYERSVILLE, KY  41465


HUTCH CHEVROLET BUICK GMC INC.
P.O. BOX 1689
PAINTSVILLE, KY  41240


INTERNAL REVENUE SERVICE
500 N. CAPITOL ST. NW
WASHINGTON, DC  20221


INTERNAL REVENUE SERVICE
ATTN:  INSOLVENCY DISTRICT DIRECTOR
31 HOPKINS PLAZA, ROOM 1150
BALTIMORE, MD  21201


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
POST OFFICE BOX 21126
PHILADELPHIA, PA  19114


IRA M. CANTRELL
ADDRESS REDACTED


J.C. HANEY
ADDRESS REDACTED


JACK D. EASTERLING
ADDRESS REDACTED

JACKIE R. KING JR
ADDRESS REDACTED


JACOB L. CARTY
ADDRESS REDACTED


JAMES B. NOBLE
ADDRESS REDACTED


JAMES C. BALL
ADDRESS REDACTED


JAMES D. CASSITY
ADDRESS REDACTED


JAMES D. WALLIN
ADDRESS REDACTED


JAMES E. SHEPHERD
ADDRESS REDACTED


JAMES L. CASSITY
ADDRESS REDACTED


JAMES M. AKERS
ADDRESS REDACTED

JAMES R. CONLEY
ADDRESS REDACTED


JAMES R. COX
ADDRESS REDACTED


JAMES RIVER INSURANCE CO.
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220


JAMES T. FANNIN
ADDRESS REDACTED


JAMES W. SALYER
ADDRESS REDACTED


JAMIE COLLINS
ADDRESS REDACTED


JAMIE D. HACKWORTH
ADDRESS REDACTED


JASON K. LYKINS
ADDRESS REDACTED


JASON MOORE
ADDRESS REDACTED

JEFF D. EASTERLING
ADDRESS REDACTED


JEFF S. CANTRELL
ADDRESS REDACTED


JEFFERY N. JONES
ADDRESS REDACTED


JEFFERY W. MULLINS
ADDRESS REDACTED


JEFFREY D. THOMPSON
ADDRESS REDACTED


JEFFREY S. BYRD
ADDRESS REDACTED


JEFFREY SKAGGS
ADDRESS REDACTED


JEFFREY W. HELTON
ADDRESS REDACTED


JENNY WILEY STATE PARK
75 THEATRE COURT
PRESTONBURG, KY  41653

P.O. BOX
OIL SPRINGS, KY  41238


JERRY B. ARNETT
ADDRESS REDACTED


JERRY JOHNSON
ADDRESS REDACTED


JERRY L. BLAIR
ADDRESS REDACTED


JERRY PACK
ADDRESS REDACTED


JERRY PINKS
ADDRESS REDACTED


JIMMY PATRICK
ADDRESS REDACTED


JIMMY R. SETSER
ADDRESS REDACTED


JIMMY W. MONTGOMERY
ADDRESS REDACTED


JOEY M. FERGUSON
ADDRESS REDACTED

ADDRESS REDACTED

JOHN F. FLETCHER
ADDRESS REDACTED

JOHN R. COLVIN
ADDRESS REDACTED

JOHN R. PERKINS
ADDRESS REDACTED

JOHN W. MONTGOMERY
ADDRESS REDACTED

JOHNNY E. BENTLEY
ADDRESS REDACTED

JOHNNY R. ENGLE
ADDRESS REDACTED

JONATHAN P. PATRICK
ADDRESS REDACTED

JONATHAN R. COLVIN
ADDRESS REDACTED

JONES OIL CO INC
P.O. BOX 3427
PIKEVILLE, KY  41501

P.O. BOX 4109
PIKEVILLE, KY  41502

JOSEPH E. TRENT
ADDRESS REDACTED

JOSHUA B. HOWARD
ADDRESS REDACTED

JOSHUA L. MINIX
ADDRESS REDACTED

JOSHUA L. PICKLESIMER
ADDRESS REDACTED

JUSTIN M. WILLIAMS
ADDRESS REDACTED

JUSTIN W. NEWSOME
ADDRESS REDACTED

KEITH B. WILLIAMS
ADDRESS REDACTED

KEITH F GOGGIN
5 EAST 17TH STREET APT 7
NEW YORK, NY  10003

KENDALL A. BELLAR
ADDRESS REDACTED

KENNETH R. THOMAS
ADDRESS REDACTED

KENNETH WHITT
ADDRESS REDACTED

KENNY BELCHER
6196 ROYALTON RD
SALYERSVILLE, KY  41465

KENTUCKY DEPARTMENT FOR
NATURAL RESOURCES
ATTN: STEVE HOHMANN
2 HUDSON HOLLOW
FRANKFORT, KY  40601

KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
STATION 18
FRANKFORT, KY  40601

KENTUCKY DEPARTMENT OF REVENUE
ATTN: LEGAL BRANCH - BANKRUPTCY SECTION
P.O. BOX 5222
FRANKFORT, KY  40602

KENTUCKY DEPARTMENT OF REVENUE
DIVISION OF SALES AND USE TAX
P.O. BOX 181
STATION 67
FRANKFORT, KY  40602-0181

KENTUCKY EMPLORERS' MUTUAL INS
P.O. BOX 12500
LEXINGTON, KY  40507

KENTUCKY EMPLORERS' MUTUAL INS
P.O. BOX 12500
LEXINGTON, KY  40583

KENTUCKY ENERGY AND ENVIRONMENTAL CAB
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220


KENTUCKY ENERGY & ENVIRONMENTAL CABINET
ATTN: MICHAEL HAINES, GENERAL COUNSEL
CAPITOL PLAZA TOWER, 12TH FLOOR
FRANKFORT, KY  40601


KENTUCKY ENERGY AND
ENVIRONMENTAL PROTECTION
ATTN: BRUCE SCOTT, COMMISSIONER
300 FAIR OAKS LANE
FRANKFORT, KY  40601


KENTUCKY ENERGY AND ENVIR CABINET
APPALACHIAN VOICES INC ET AL
ATTN: BRUCE SCOTT COMMISSIONER
300 FAIR OAKS LN
FRANKFORT, KY  40601


KENTUCKY OIL & REFINING
156 KY OIL VILLAGE
BETSY LANE, KY  41605


KENTUCKY STATE TREASURER
DEPARTMENT FOR NATURAL RESOURCES
500 MERO STREET
FRANKFORT, KY  40601


KENTUCKY STATE TREASURER
DIVISION OF MOTOR CARRIERS
P.O. BOX 2004
FRANKFORT, KY  40602


KENTUCKY STATE TREASURER
KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
STATION 18
FRANKFORT, KY  40601


KENTUCKY STATE TREASURER
OFFICE OF RECLAMATION GUARANTY FUND
#2 HUDSON HOLLOW
FRANKFORT, KY  40601


KEVIN D. HATTON
ADDRESS REDACTED

KOLMAR AMERICAS INC.
10 MIDDLE STREET #1701
BRIDGEPORT, CT  06604-4259


LARRY D. GULLETT
ADDRESS REDACTED


LARRY J. PATRICK
ADDRESS REDACTED


LARRY LEMASTER
ADDRESS REDACTED


LARRY R. JOHNSON
ADDRESS REDACTED


LARRY S. CRONENBOLD
ADDRESS REDACTED


LAWSON PRODUCTS INC
P.O. BOX 809401
CHICAGO, IL  60680-9401


LINDEN LEMASTER
ADDRESS REDACTED


LOGAN CORPORATION
P.O. BOX 58
HUNTINGTON, WV  25706-0058

LONNIE F. LEMASTER
ADDRESS REDACTED


LOWELL W. BLAIR
ADDRESS REDACTED


LOYD LEMASTER
ADDRESS REDACTED


LUREY H. SPARKMAN
ADDRESS REDACTED


MAGOFFIN COUNTY SHERIFF
ATTN: CARSON MONTGOMERY (SHERIFF)
P.O. BOX 589
SALYERSVILLE, KY  41465


MAGOFFIN COUNTY SHERIFF
P.O. BOX 589
SALYERSVILLE, KY  41465


MARCUS JORDAN
ADDRESS REDACTED


MARK A. WILLIAMS
ADDRESS REDACTED


MARTY E. GAMBLE
ADDRESS REDACTED

MATHESON TRI-GAS INC
P.O. BOX 347297
PITTSBURGH, PA  15251


MATTHEW A. MINIX
ADDRESS REDACTED


MATTHEW ARNETT
ADDRESS REDACTED


MATTHEW D. O'HARA
ADDRESS REDACTED


MAYHORN'S INC
7109 ROUTE 23 N MAYO TRAIL
PIKEVILLE, KY  41501


MICHAEL GOODWIN
591 CROTON LAKE ROAD
BEDFORD CORNERS, NY  10549


MICHAEL K. BUNDREN
ADDRESS REDACTED


MICHAEL P. SMITH
ADDRESS REDACTED


MICHAEL P. WINDISCH
ADDRESS REDACTED

MICHAEL R. MONTGOMERY
ADDRESS REDACTED

MICHAEL S. CANTRELL
ADDRESS REDACTED

MINING ROCK EXCAVATION
P.O. BOX 200948
PITTSBURGH, PA  15251-0948

MISTER C MOBILE PRESSURE INC
2919 NEW HAVEN CT
FLATWOODS, KY  41139

MODULAR SPACE CORPORATION
12603 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

MORGAN COUNTY ARH
476 LIBERTY RD
WEST LIBERTY, KY  41472

MORGAN COUNTY AUTO & FINANCE
1289 WEST MAIN STREET
WEST LIBERTY, KY  41472

MORGAN TIRE CENTER INC
P.O. BOX 709
WEST LIBERTY, KY  41472

NAPA AUTO PARTS
615 E MT PWY
SALYERSVILLE, KY  41465

NATHANIEL Q. RISNER
ADDRESS REDACTED


NICHOLAS SCOTT FERGUSON
ADDRESS REDACTED


NOAH S. HOLLIDAY
ADDRESS REDACTED


NOMIS SEISMOGRAPHS INC
3728 4TH AVE S
BIRMINGHAM, AL  35222


NOREAST CAPITAL CORPORATION
P.O. BOX 4128
ANNAPOLIS, MD  21403


PHILLIP CARPENTER
ADDRESS REDACTED


PHILLIP D. PHIPPS
ADDRESS REDACTED


PHILLIP R. EASTEP
ADDRESS REDACTED


PHILLIP R. HALE
ADDRESS REDACTED

ROBERT CHILDERS
713 SOUTH LAKE DRIVE
PRESTONSBURG, KY  41653

POWER DECK COMPANY
P.O. BOX 571
STANTON, KY  40380

PRA MAC ENTERPRISES INC
2057 KY RT 850
DAVID, KY  41616

PRICE PORTER
ADDRESS REDACTED

PRYOR CASHMAN LLP
ATTN: EDWARD NORMANDIN
7 TIMES SQUARE
NEW YORK, NY  10036-6569

R7 ENTERPRISES
HC88 BOX 800
HUEYSVILLE, KY  41640

R7 ENTERPRISES
HC88 BOX 800

HUEYSVILLE, KY  41640

RALPH E. BURTON
ADDRESS REDACTED

RAMCO TRUCKING INC
P.O. BOX 229
OIL SPRINGS, KY  41238

RAMCO TRUCKING, INC
P.O. BOX 229

OIL SPRINGS, KY  41238

RANDELL HOWINGTON
ADDRESS REDACTED


RANDY W. BROWN
ADDRESS REDACTED


REPUBLIC DIESEL
P.O. BOX 35650
LOUISVILLE, KY  40232


RICHARD A. KEATON
ADDRESS REDACTED


RICHARD B. HELTON
ADDRESS REDACTED


RICK SALYER BODY SHOP & SERVICE
5710 ROYALTON ROAD
SALYERSVILLE, KY  41465


RICK SALYER'S BODY SHOP
5710 ROYALTON ROAD
SALYERSVILLE, KY  41465


ROBERT M. OWENS
ADDRESS REDACTED


ROBERT R. BAILEY
ADDRESS REDACTED

ROBERT R. RANKIN
ADDRESS REDACTED

RONALD E. KEATON
ADDRESS REDACTED

RONALD E. TACKETT
ADDRESS REDACTED

RONALD R. SHAMBLIN
ADDRESS REDACTED

RONNIE WRIGHT
ADDRESS REDACTED

ROY E. RAMEY
ADDRESS REDACTED

ROY OUSLEY
C/O KIRK LAW FIRM, PLLC
128 SHOPPERS PATH
PRESTONSBURG, KY  41653

RUSSELL K. ARNETT
ADDRESS REDACTED

SALYER TRUCKING LLC
7742 HWY 460 E
WEST LIBERTY, KY  41472

SALYER TRUCKING, LLC
7742 HWY 460 E

WEST LIBERTY, KY  41472

SAMUEL J. JENKINS
ADDRESS REDACTED

SAMUEL P BAILEY
ADDRESS REDACTED

SAMUEL P. BAILEY JR
ADDRESS REDACTED

SCOTTIE L. HACKWORTH
ADDRESS REDACTED

SCOTTY R. SALYER
ADDRESS REDACTED

SECURITIES & EXCHANGE COMMISSION
SEC HEADQUARTERS
OFFICE OF THE GEN COUNSEL (BANKRUPTCY)
100 F ST NE
WASHINGTON, DC  20549

SILVERADO GROUP LLC
5702 HWY 519
WEST LIBERTY, KY  41472

SONNY R. TAYLOR
ADDRESS REDACTED

SOUTHEAST DRILLING SUPPLIES LLC
48 BUCKFIELD RD
PIKEVILLE, KY  41501

STEPHEN R. STEELE
ADDRESS REDACTED

STEVEN R. STACY
ADDRESS REDACTED


STEVEN WILLIAMS
ADDRESS REDACTED


STEVIE COLLINSWORTH
ADDRESS REDACTED


STRATTON R. MILLER
ADDRESS REDACTED


TAGGART GLOBAL OPERATIONS LLC
ATTN: KENNETH J. LUND
2090 GREENTREE ROAD
PITTSBURGH, PA  15220


TANNER G. MCKENZIE
ADDRESS REDACTED


TAYLOR G. SALYERS
ADDRESS REDACTED


TEDDY L. CANTRELL
ADDRESS REDACTED


THE HUNTINGTON NATIONAL BANK
ATTN: KAREN LAYMAN
105 EAST 4TH STREET
CN200C
CINCINNATI, OH  45202

THURMAN K. STACY
ADDRESS REDACTED


TIMMY AND KATHY SALYER
C/O JOHN C. COLLINS
P.O. BOX 475
SALYERSVILLE, KY  41465


TIMMY G. YEARY
ADDRESS REDACTED


TIMOTHY B. COMPTON
ADDRESS REDACTED


TIMOTHY CHAD CARTY
ADDRESS REDACTED


TIMOTHY D. FERGUSON
ADDRESS REDACTED


TIMOTHY GAMBILL
ADDRESS REDACTED


TIMOTHY M. LEWIS
ADDRESS REDACTED


TIMOTHY W. GREEN
ADDRESS REDACTED

P.O. BOX 2150
PIKEVILLE, KY  41502


TOMAHAWK TRANSPORT LLC
HC 88 BOX 119
GUNLOCK, KY  41632


TONY E. BOGGS
ADDRESS REDACTED


TONY N. COLLINSWORTH
ADDRESS REDACTED


TRADITIONAL BANK
ATTN: SARAH JEFFERSON
2801 PALUMBO DRIVE
LEXINGTON, KY  40509


TRAVIS J. ALLEN
ADDRESS REDACTED


TREMPAS HALL
ADDRESS REDACTED


TYLER R. WARD
ADDRESS REDACTED


UNITED CENTRAL INDUSTRIAL SUPPLY
P.O. BOX 1919
BRISTOL, TN  37621


UNITED HEALTHCARE INSURANCE
C/O CENTRAL INSURANCE SERVICES
4630 TAYLORSVILLE ROAD
LOUISVILLE, KY  40220

UNITED STATES POSTAL SERVICE
398 GLENN AVENUE
WEST LIBERTY, KY  41472


UNIVERSAL TOXICOLOGY
380 EAST MOUNTAIN PARKWAY
SALYERSVILLE, KY  41465


US ATTORNEY GENERAL
US DEPT OF JUSTICE
ATTN: ERIC H HOLDER JR., ATTY GENERAL
950 PENNSYLVANIA AVE NW
WASHINGTON, DC  20530


US ATTORNEYS OFFICE
EASTERN DISTRICT OF KENTUCKY
ATTN: DAVID E. MIDDLETON
260 W VINE STREET, SUITE 300
LEXINGTON, KY  40507-1612


US ATTORNEYS OFFICE
EASTERN DISTRICT OF KENTUCKY
ATTN: KERRY B HARVEY
260 W VINE STREET SUITE 300
LEXINGTON, KY  40507-1612


US DEPARTMENT OF JUSTICE
ATTM MARK MCDERMOTT
P.O. BOX 7611
WASHINGTON, DC  20044-7611


US DEPARTMENT OF LABOR
200 CONSTITUTION AVE NW
WASHINGTON, DC  20210


US ENVIRONMENTAL PROTECTION AGENCY
ARIEL RIOS BUILDING
1200 PENNSYLVANIA AVENUE NW
WASHINGTON, DC  20460


US ENVIRONMENTAL PROTECTION AGENCY
C/O MARTIN F MCDERMOTT US DOJ
P.O. BOX 23986
WASHINGTON, DC  20026-3986


US ENVIRONMENTAL PROTECTION AGENCY
REGION 4
ATLANTA FEDERAL CENTER
61 FORSYTH STREET SW
ATLANTA, GA  30303-3104

```
OGDEN INTERNAL REVENUE
P.O. BOX
DALLAS, TX  75320-1900
```

VIRGINIA DEPARTMENT OF TAXATION
OFFICE OF CUSTOMER SERVICES
P.O. BOX 1115
RICHMOND, VA  23218-1115


VIRGINIA STATE CORPORATION COMMISSIONER
OFFICE OF THE CLERK
P.O. BOX 1197
RICHMOND, VA  23218


WALTER F. CARROLL
ADDRESS REDACTED


WANDA LYKINS
C/O JOHN C. COLLINS
P.O. BOX 475
SALYERSVILLE, KY  41465


WHAYNE SUPPLY COMPANY
DEPARTMENT 8326
CAROL STREAM, IL  60122-8326


WILLIAM B. STACY
ADDRESS REDACTED


WILLIAM H. CASTLE
ADDRESS REDACTED


WILLIAM J. CONLEY
ADDRESS REDACTED


WILLIAM LACY
ADDRESS REDACTED

WILLIAM S. ALLEN
ADDRESS REDACTED


WILMINGTON TRUST COMPANY
ATTN: BORIS TREYGER
166 MERCER STREET, SUITE 2R
NEW YORK, NY  10012


WINFERD TODD CHEEK
ADDRESS REDACTED


WORLDWIDE EQUIPMENT INC
P.O. BOX 2208
DECATUR, AL  35609-2208


WRIGLEY'S 7 711 INC
9123 HIGHWAY 7
WEST LIBERTY, KY  41472


ZACHARY R. BURTON
ADDRESS REDACTED


Total: 347