UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND, LONDON, AND LEXINGTON DIVISIONS

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LICKING RIVER MINING, LLC, *et al.* | CASE NO. 14-10201 |
| DEBTORS IN POSSESSION | JOINTLY ADMINISTERED |

**AGREED ORDER EXTENDING DEADLINE FOR DEBTORS TO FILE MOTION FOR SALE OF ASSETS OF J.A.D. COAL COMPANY, INC., FOX KNOB COAL CO., INC., AND SANDLICK COAL COMPANY, LLC**

By agreement among Licking River Mining, LLC, Licking River Resources, Inc., S. M. & J., Inc., Fox Knob Coal Co., Inc., J.A.D. Coal Company, Inc., Oak Hill Coal, Inc., Sandlick Coal Company, LLC, U.S. Coal Marketing, LLC, and U.S. Coal Corporation, as debtors and debtors in possession (collectively, the "Debtors"); Jeffery Paul Dean, Trustee of the Trust for Jeffery Paul Dean (GS Exempt), under Agreement dated August 29, 2008, Donna Mae Kolb, Trustee for the Trust for Donna Mae Kolb (GS Exempt), under Agreement dated August 29, 2008, and Aubra Brian Dean, Trustee for the Trust for Aubra Brian Dean (GS Exempt), under Agreement dated August 29, 2008, Julia and/or Carl McAfee, and Dean McAfee Holdings, LLC (collectively, the "JAD Lenders"); East Coast Miner LLC, East Coast Miner II LLC, Keith Goggin, and Michael Goodwin (collectively, the "Licking River Lenders"); and the Official Committee of Unsecured Creditors (the "Committee," together with the Debtors, the JAD Lenders, and the Licking River Lenders, the "Parties"); all by counsel, and said Parties having STIPULATED AND AGREED as follows:

WHEREAS, the Debtors received multiple bids for the JAD Debtors' Assets[1] on February 9, 2015 as contemplated in the Order (A) Approving Bidding Procedures and Related Deadlines;

---

[1] All capitalized terms not otherwise defined herein shall be given the meanings ascribed to them in the JAD Bidding Procedures Order.

(B) Scheduling Date and Time for Sale Hearing; (C) Approving Form and Manner of Notice of Same; (D) Approving Form and Manner of Notice of Proposed Assumption and Assignment or Rejection of Certain Executory Contracts and/or Unexpired Leases and Related Cure Claims; and (E) Approving Shortened Notice and Expedited Hearing on the Same [Doc 817] (the "JAD Bidding Procedures Order");

WHEREAS, the JAD Bidding Procedures Order and the Bidding Procedures approved therein provide that the Debtors are to file Sale Motion(s) identifying the JAD Debtors' Assets to be transferred and all material terms of the transaction contemplated in the selected "highest and best" Initial Bid(s) on or before February 11, 2015;

WHEREAS, due to the complexity of the Initial Bids received, the Parties require additional time to review and consider all Initial Bids and make an educated, informed decision as to which Initial Bid(s) are the highest and best and should be the subject of Sale Motion(s) before this Court;

And the Court being sufficiently advised, and having considered same, IT IS HEREBY ORDERED that the deadline in the JAD Bidding Procedures Order for the Debtors to file the Sale Motion(s) for the JAD Debtors' Assets is hereby extended up to and including **Tuesday, February 17, 2015 at 12:00 p.m. (ET).**

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Amelia Martin Adams, Esq.
KY Bar No. 93038
Laura Day DelCotto, Esq.
KY Bar No. 81763
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:   (859) 281-1179
aadams@dlgfirm.com
ldelcotto@dlgfirm.com

and

NIXON PEABODY LLP

/s/ Christopher M. Desiderio, Esq.
NY Bar No. 1181007
Dennis J. Drebsky, Esq.
NY Bar No. 4350633
437 Madison Avenue
New York, NY 10022-7039
Telephone:  (212) 940-3000
Facsimile:   (212) 940-3111
cdesiderio@nixonpeabody.com
ddrebsky@nixonpeabody.com

COUNSEL FOR DEBTORS AND
DEBTORS IN POSSESSION


HAVE SEEN AND AGREED TO:

STOLL KEENON OGDEN PLLC

/s/ Gregory D. Pavey, Esq.
KY Bar No. 81049
Joseph M. Scott, Jr., Esq.
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507
Telephone:  (859) 231-3000
Facsimile:   (859) 253-1900
COUNSEL TO JAD LENDERS

and

FOWLER BELL PLLC

/s/ Taft A. McKinstry, Esq.
KY Bar No. 46610
Christopher G. Colson, Esq.
KY Bar No. 93328
300 W. Vine Street, Suite 600
Lexington, KY 40507-1660
Telephone:  (859) 252-6700
Facsimile:   (859) 255-3735
TMcKinstry@Fowlerlaw.com
CGColson@Fowlerlaw.com

COUNSEL FOR LICKING
RIVER LENDERS

and

FOLEY & LARDNER LLP

/s/ Geoffrey S. Goodman, Esq.
IL Bar No. 6272297
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Telephone:  (312) 832-4514
Facsimile:   (312) 832-4700
ggoodman@foley.com

and

BARBER LAW PLLC

/s/ T. Kent Barber, Esq.
KY Bar No. 92456
3168 Arrowhead Drive
Lexington, KY 40503
Telephone:  (859) 296-4372
kbarber@barberlawky.com

COUNSEL FOR OFFICIAL COMMITTEE
OF UNSECURED CREDITORS

**Pursuant to KYEB LBR 9022-1(b), tendering counsel shall cause a copy of this Order to be served on all non-ECF parties entitled to notice and shall file a certificate of service stating the names, manner and date of service within 7 days of the entry hereof.**

Z:\Sale Mot Deadline Ext AO (JAD) 20150210.doc

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Wednesday, February 11, 2015**
**(tnw)**