**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**Ashland, London, and Lexington Divisions**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **Chapter 11** |
| **LICKING RIVER MINING, LLC,** *et al.* | : | **Case No. 14-10201** |
| | : | **Jointly Administered** |
| Debtors | : | |
| _____ | : | |

**ORDER**

This matter came before the Court for hearing on April 8, 2015, on Debtors' supplemental

motion (the "Motion") [Docs. 1036 and 1177] for entry of an order authorizing the sale of certain

assets of the Licking River Debtors[1] to Ember Energy, LLC ("Ember").   At the hearing, the Court

received evidence in support of the Motion and found that the proposed transaction contains multiple

contingencies and should not be approved on shortened notice.   Further, at the hearing, the Licking

River Debtors advised the Court that they are administratively insolvent and cannot propose a

confirmable plan; thus the Court found that conversion of the Licking River Debtors under

§ 1112(b)(4)(A) (substantial or continuing loss to or diminution of the estate and the absence of a

reasonable likelihood of rehabilitation) is in the best interests of the creditors and the bankruptcy

estates of the Licking River Debtors, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED**:

1.      On or before 3:00 p.m. on Friday, April 10, 2015, the Debtors may supplement the

record with a final negotiated agreement with Ember ("Ember Transaction"), which agreement shall

be fully executed and the contingencies set forth in paragraphs 6.1(c) and 6.2(e)-(g) of the draft

agreement [Doc. 1177-1] shall have either been waived or satisfied.

---

[1] Licking River Resources, Inc., Licking River Mining, LLC, Oak Hill Coal, Inc., and S. M. & J., Inc.

2.      In the event the Debtors timely comply with paragraph 1, the Court shall enter an order setting a continued hearing on the approval of the Ember Transaction.

3.      In the event Debtors fail to timely comply with paragraph 1, an order shall be entered pursuant to 11 U.S.C. § 1112(b) converting the Licking River Debtors' cases to chapter 7.

2

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
_**Tracey N. Wise**_
**Bankruptcy Judge**
**Dated: Thursday, April 09, 2015**
**(tnw)**