# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND, LONDON AND LEXINGTON DIVISIONS

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| LICKING RIVER MINING, LLC, *et al.* | CASE NO. 14-10201 |
| DEBTORS IN POSSESSION | JOINTLY ADMINISTERED |

**FINAL ORDER AUTHORIZING THE EMPLOYMENT OF GLASSRATNER
ADVISORY & CAPITAL GROUP AS FINANCIAL ADVISOR FOR THE DEBTORS**

Upon the Motions for Interim and Final Approval of Debtors' Applications to Employ GlassRatner Advisory & Capital Group ("GlassRatner") as their Financial Advisor as of the Relief Date [Doc 30[1] and Doc 22[2]] (the "Motions and Applications") filed by Licking River Mining, LLC, Licking River Resources, Inc., S. M. & J., Inc., Fox Knob Coal Co., Inc., J.A.D. Coal Company, Inc., and U.S. Coal Corporation, as debtors and debtors in possession (collectively, the "Debtors"); and upon the Affidavits and Declarations of Evan Blum of GlassRatner in support of the Motions and Applications; the Court having entered Interim Orders Authorizing the Employment of GlassRatner as Financial Advisor for the Debtors [Doc 123[1]] and for U.S. Coal Corporation [Doc 69[2]]; the Court having heard the arguments and representations of counsel at the interim and final hearings to consider the Motions and Applications; it appearing that adequate notice of said Motions and Applications was given; and the Court being satisfied that: (1) GlassRatner does not hold or represent an interest adverse to the Debtors, their creditors, or their Estates with respect to the matters upon which it may advise the Debtors, (2) that any connection GlassRatner has with any creditors or parties in interest of

---

[1] These are the ECF numbers for the lead case of Licking River Mining, LLC.
[2] These are the ECF numbers for the case of U.S. Coal Corporation.

the Debtors, their creditors, or their Estates has been adequately disclosed to permit GlassRatner's employment during the pendency of these cases, and (3) that GlassRatner's employment is necessary and is in the best interests of the Estates,

IT IS HEREBY ORDERED as follows:

1. The Motions and Applications are APPROVED.

2. Pursuant to 11 U.S.C. §§ 327(a) and 328(a), the Debtors are hereby authorized to employ and retain GlassRatner under a general retainer, to render necessary financial services, from the respective dates that orders for relief were entered in each of the Debtors' bankruptcy cases through the pendency of these Chapter 11 cases.

3. GlassRatner is hereby authorized to hold the Retainer[3] in its escrow account pending further orders of this Court.

4. This is a final order.

Tendered by:

DELCOTTO LAW GROUP PLLC

/s/ Amelia Martin Adams, Esq.
KY Bar No. 93038
Laura Day DelCotto, Esq.
KY Bar No. 81763
200 North Upper Street
Lexington, KY  40507
Telephone:  (859) 231-5800
Facsimile:  (859) 281-1179
aadams@dlgfirm.com
ldelcotto@dlgfirm.com

and

---

[3] All capitalized terms not otherwise defined herein shall have the meanings given to them in the Motions and Applications.

NIXON PEABODY LLP

/s/ Dennis J. Drebsky, Esq.
NY Bar No. 4350633
Christopher M. Desiderio, Esq.
NY Bar No. 1181007
437 Madison Avenue
New York, NY 10022-7039
Telephone:  (212) 940-3000
Facsimile:  (212) 940-3111
ddrebsky@nixonpeabody.com
cdesiderio@nixonpeabody.com

COUNSEL FOR DEBTORS AND
DEBTORS IN POSSESSION

Z:\Employ GR Final Ord 20140710.doc

3

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, July 11, 2014**
**(tnw)**